**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
MARIE A. MCCRARY (State Bar No. 262670)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

STEPHEN M. RAAB (appearing *pro hac vice*)
stephen@gutridesafier.com
113 Cherry Street, #55150
Seattle, WA 98140-2205
Telephone: (415) 639-9090 x109

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PELENATITA OLOSONI and DEREK SNARR, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HRB TAX GROUP, INC. and HRB DIGITAL LLC,<br><br>Defendants. | Case No. 3:19-cv-03610-SK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STAY PENDING APPEAL** |

This stipulation is between Plaintiffs Pelenatita Olosoni and Derek Snarr, on behalf of themselves, the general public and those similarly situated ("Plaintiffs") and Defendants HRB Tax Group, Inc. and HRB Digital LLC ("Defendants").

WHEREAS, on December 5, 2019, Defendants filed a motion to stay pending appeal (Dkt. #60) (the "Motion to Stay");

WHEREAS, on December 6, 2019, the Court continued the hearing on the Motion to Stay to February 3, 2020 (Dkt. #61);

1     WHEREAS, on December 12, 2019, Defendants filed a motion to dismiss (Dkt. #62) (the "Motion to Dismiss"), which will be heard on February 10, 2019;

    WHEREAS, on November 25, 2019, the Court issued a stipulation and order extending the briefing schedule for the Motion to Dismiss and setting a hearing date of February 10, 2019 at 9:30 a.m. (Dkt. #56);

    PLAINTIFFS AND DEFENDANTS HEREBY STIPULATE AND AGREE THAT:

1.     Given that a hearing is scheduled for February 10, 2020, and given prior commitments of counsel, Plaintiffs and Defendants hereby stipulate to continue the hearing on the Motion to Stay from February 3 to February 10, 2019, at 9:30 a.m., in conjunction with the hearing on the Motion to Dismiss, and further stipulate to extend the briefing schedule for the Motion to Stay, as follows: (a) Plaintiffs shall file opposition to Defendants' Motion to Stay on or before January 13, 2019, and (b) Defendants shall file their reply on or before January 27, 2019.

2.     This is the first time the parties are seeking to extend the dates at issue. The parties believe that the proposed continuances will not impact any other scheduled case deadlines. Good cause exists to modify the deadlines for the reasons identified above.

**STIPULATED AND AGREED:**

Dated: December 16, 2019

| | |
|---|---|
| *s/ Stephen M. Raab* | *s/ Darren K. Cottriel (by concurrence)* |
| **GUTRIDE SAFIER LLP** | **JONES DAY** |
| Adam J. Gutride | Darren K. Cottriel (State Bar No. 184731) |
| Seth A. Safier | 3161 Michelson Drive, Suite 800 |
| Marie A. McCrary | Irvine, CA 96212 |
| 100 Pine Street, Suite 1250 | Telephone: +1.949.851.3939 |
| San Francisco, CA 94111 | Facsimile: +1.949.553.7539 |
| Telephone: (415) 639-9090 | dcottriel@jonesday.com |
| Facsimile: (515) 449-6469 | |
| adam@gutridesafier.com | Nathaniel P. Garrett (State Bar No. 248211) |
| seth@gutridesafier.com | 555 California Street, 26th Floor |
| marie@gutridesafier.com | San Francisco, CA 94104 |
| | Telephone: +1.415.626.3939 |
| | Facsimile: +1.415.875.5700 |
| | ngarrett@jonesday.com |

| | |
|---|---|
| Stephen M. Raab (appearing pro hac vice) | Christopher R.J. Pace (State Bar No. 202623) |
| stephen@gutridesafier.com | 600 Brickell Ave., Suite 3300 |
| 113 Cherry Street, #55150 | Miami, FL 33131 |
| Seattle, WA 98140-2205 | Telephone: (305) 714-9700 |
| Telephone: (415) 639-9090 x109 | Facsimile: (305) 714-9799 |
| | crjpace@jonesday.com |
| *Attorneys for Plaintiffs* | |
| Pelenatita Olosoni and Derek Snarr | MAYER BROWN LLP |
| | Archis A. Parasharami (State Bar No. 321661) |
| | 1999 K Street N.W. |
| | Washington, D.C. 20006 |
| | Telephone: +1.202.263.3000 |
| | Facsimile: +1.202.263.5000 |
| | aparasharami@mayerbrown.com |
| | |
| | *Attorneys for Defendants* |
| | HRB TAX GROUP, INC. and HRB DIGITAL LLC |

## **ATTESTATION**

In accordance with Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: December 16, 2019

                                                *s/Stephen M. Raab*
                                                Stephen M. Raab (*pro hace vice*)
                                                **GUTRIDE SAFIER LLP**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

1. Plaintiffs may file their opposition to Defendants' Motion to Stay by January 13, 2019.

2. Defendants may file their reply by January 27, 2019.

3. The hearing on Defendants' Motion to Stay will be set for February 10, 2019, at 9:30 a.m.

DATED: _____, 2019

_____
SALLIE KIM
United States Magistrate Judge