1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PELANATITA OLOSONI, et al.,

Plaintiffs,

v.

HRB TAX GROUP, INC., et al.,

Defendants.

Case No.  19-cv-03610-SK

**ORDER GRANTING STIPULATION**

Regarding Docket No. 63

**STIPULATION**

This stipulation is between Plaintiffs Pelenatita Olosoni and Derek Snarr, on behalf of themselves, the general public and those similarly situated ("Plaintiffs") and Defendants HRB Tax Group, Inc. and HRB Digital LLC ("Defendants").

WHEREAS, on December 5, 2019, Defendants filed a motion to stay pending appeal (Dkt. #60) (the "Motion to Stay");

WHEREAS, on December 6, 2019, the Court continued the hearing on the Motion to Stay to February 3, 2020 (Dkt. #61);

WHEREAS, on December 12, 2019, Defendants filed a motion to dismiss (Dkt. #62) (the "Motion to Dismiss"), which will be heard on February 10, 2019;

WHEREAS, on November 25, 2019, the Court issued a stipulation and order extending the briefing schedule for the Motion to Dismiss and setting a hearing date of February 10, 2019 at 9:30 a.m. (Dkt. #56);

PLAINTIFFS AND DEFENDANTS HEREBY STIPULATE AND AGREE THAT:

1.      Given that a hearing is scheduled for February 10, 2020, and given prior commitments of counsel, Plaintiffs and Defendants hereby stipulate to continue the hearing on the

1    Motion to Stay from February 3 to February 10, 2019, at 9:30 a.m., in conjunction with the hearing

2    on the Motion to Dismiss, and further stipulate to extend the briefing schedule for the Motion to

3    Stay, as follows: (a) Plaintiffs shall file opposition to Defendants' Motion to Stay on or before

4    January 13, 2019, and (b) Defendants shall file their reply on or before January 27, 2019.

5            2.       This is the first time the parties are seeking to extend the dates at issue. The parties

6    believe that the proposed continuances will not impact any other scheduled case deadlines. Good

7    cause exists to modify the deadlines for the reasons identified above.

8    **STIPULATED AND AGREED:**

9    Dated: December 16, 2019

10   *s/ Stephen M. Raab*_____          *s/ Darren K. Cottriel (by concurrence)*_____

11
     **GUTRIDE SAFIER LLP**                        **JONES DAY**
12   Adam J. Gutride                               Darren K. Cottriel (State Bar No. 184731)
     Seth A. Safier                                3161 Michelson Drive, Suite 800
13   Marie A. McCrary                              Irvine, CA 96212
     100 Pine Street, Suite 1250                   Telephone:  +1.949.851.3939
14   San Francisco, CA 94111                       Facsimile:  +1.949.553.7539
     Telephone:   (415) 639-9090                   dcottriel@jonesday.com
15   Facsimile:   (515) 449-6469
16   adam@gutridesafier.com                        Nathaniel P. Garrett (State Bar No. 248211)
     seth@gutridesafier.com                        555 California Street, 26th Floor
17   marie@gutridesafier.com                       San Francisco, CA 94104
                                                   Telephone:  +1.415.626.3939
18   Stephen M. Raab (appearing pro hac vice)      Facsimile:  +1.415.875.5700
19   stephen@gutridesafier.com                     ngarrett@jonesday.com
     113 Cherry Street, #55150
20   Seattle, WA 98140-2205                        Christopher R.J. Pace (State Bar No. 202623)
     Telephone: (415) 639-9090 x109                600 Brickell Ave., Suite 3300
21                                                 Miami, FL 33131
     *Attorneys for Plaintiffs*                    Telephone:  (305) 714-9700
22   Pelenatita Olosoni and Derek Snarr            Facsimile:  (305) 714-9799
23                                                 crjpace@jonesday.com

24                                                 **MAYER BROWN LLP**
                                                   Archis A. Parasharami (State Bar No. 321661)
25                                                 1999 K Street N.W.
                                                   Washington, D.C. 20006
26                                                 Telephone:  +1.202.263.3000
27                                                 Facsimile:  +1.202.263.5000
                                                   aparasharami@mayerbrown.com
28

2

United States District Court
Northern District of California

*Attorneys for Defendants*
HRB TAX GROUP, INC. and HRB DIGITAL
LLC

### ORDER

Pursuant to stipulation and good cause appearing, it is HEREBY ORDERED that:

1.   Plaintiffs may file their opposition to Defendants' motion to stay by January 13, 2019.

2.   Defendants may file their reply by January 27, 2019.

3.   The hearing on Defendants' motion to stay is reset for February 10, 2019, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: December 17, 2019

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

3