UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK SNARR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HRB TAX GROUP, INC., et al.,<br><br>　　　　　Defendants. | Case No.  19-cv-03610-SK<br><br>**JUDGMENT** |

In accordance with the Court's Order dated August 24, 2021, Defendants' motion to dismiss Plaintiff's First Amended Complaint is GRANTED and this action is DISMISSED with prejudice.  This constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58.  The Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

Dated: August 24, 2021

_____
SALLIE KIM
United States Magistrate Judge